IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GEORGE STAMOS, JR., | No. C-11-2927 TEH (PR) |
| Plaintiff, | |
| v. | ORDER OF TRANSFER |
| R. J. RACKLEY, et al., | |
| Defendants. | |

Plaintiff, a prisoner presently incarcerated at Salinas Valley State Prison in Soledad, California, has filed a pro se civil rights Complaint under 42 U.S.C. § 1983 alleging that prison officials at Deuel Vocational Institution in Tracy, California violated his constitutional rights when he was incarcerated at that facility.  Doc. #1.  Deuel Vocational Institution is located within San Joaquin County.

A substantial part of the events or omissions giving rise to the claim(s) occurred in San Joaquin County, which lies within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  Venue therefore properly lies in the Eastern District.  See

1  id. § 1391(b).

2       Accordingly, in the interest of justice and pursuant to 28
3  U.S.C. § 1406(a), IT IS ORDERED that this action be TRANSFERRED to
4  the United States District Court for the Eastern District of
5  California.  In light of the transfer, this Court will not
6  resolve Plaintiff's pending motions (Docs. ## 2 and 12).

7       The Clerk shall transfer this matter, terminate all
8  pending motions as moot, and close the file.

9       IT IS SO ORDERED.

11  DATED    08/16/2011       _____
                              THELTON E. HENDERSON
12                            United States District Judge

G:\PRO-SE\TEH\CR.11\Stamos-11-2927-transfer-caed.wpd

**2**